In the Matter of Effingham L. Holywell, an Attorney.— The motion of

the Bar Association to confirm the report of the referee herein is granted, and Mr. Holywell is directed to appear at the bar of this court on Monday, November 10, 1913, at one o'clock P. M. Burr, Thomas, Carr and Putnam, JJ., concurred; Jenks, P. J., not voting.

James B. Kilsheimer, Jr., Respondent, v. Louis Kendal and Others, Defendants. Caroline S. Stetler and Another, Appellants.—Motion denied, without costs, with leave to renew if the appeal is not diligently prosecuted. Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.